IN THE CIRCUIT COURT FOR FREDERICK COUNTY MARYLAND

DEBORAH K. CURRAN, LAURA H.G. )   Case No. 10C10000227
O'SULLIVAN, STEPHANIE H. HURLEY AND )   **JURY TRIAL DEMANDED**
AARON D. NEAL )
)
Plaintiffs, )
)
vs. )
)
MICAH S MILLER AND MARIA A MILLER )
)
Defendants )
_____ )
MICAH S MILLER AND MARIA A MILLER )
)
Counterclaim Plaintiffs, )
)
vs. )
)
DEBORAH K. CURRAN, LAURA H.G. )
O'SULLIVAN, STEPHANIE H. HURLEY AND )
AARON D. NEAL, )
)
MCCABE, WEISBERG & CONWAY, LLC )
)
Counterclaim Defendants )
)
_____ )

FILED 2010 MAR 25 A 8:29 SANDRA K. DALTON CLERK BY___

# COUNTERCLAIM

1. Counterclaim Plaintiffs, petitions this Court for a JURY TRIAL, in an *in rem* proceeding to quiet the title/clear clouds on title of subject property herein stated.
2. Counterclaim Plaintiffs are the title/deed owner of the real property commonly known as 1808 Free Terrace, Frederick, Maryland;
3. Counterclaim Plaintiffs alleges and asserts pursuant to Maryland Commercial Law Code 3-302 that the Counterclaim Defendants (trustees) or the agent it represents is **NOT** Holder/Holder In Due Course of the "authentic original unaltered Promissory Note" evidencing the claimed indebtedness, entitling Counterclaim Defendants (trustees) or the agent it represents to a right to payment, and as such is unlawfully encumbering and clouding the title of subject property.
4. Counterclaim Plaintiffs pursuant to Maryland Commercial Law Code 3-308 hereby denies the validity of signature on any photocopy of a Promissory Note and hereby requests the issuance of a subpoena duces tecum for the original to be produced for and on the record, as Counterclaim Defendants has placed on the record a copy of an **altered** Promissory note with an allonge that Counterclaim Plaintiffs were not aware of, the entered copy stating "PAY TO THE ORDER OF THE MARYLAND COMMUNITY DEVELOPMENT ADMINISTRATION WITHOUT RECOURSE COUNTRYWIDE HOME LOANS, INC BY MARIETTE HAGHOUNIAN ASSISTANT SECRETARY."

Page 1

5. MCCABE, WEISBERG & CONWAY, LLC in its communication to Counterclaim Plaintiff was acting as a **debt collector** through it's attorney Aaron D. Neal, Esq., which violates the Statutes at Large as defined at **Public Law 95-109, 91 Stat 874 Sec 803 (6)(F)**.
6. Counterclaim Plaintiffs hereby reserves the right to amend counterclaim to add additional Counterclaim Defendants and additional violations of law.
7. Counterclaim Plaintiffs further notices the court that if Counterclaim Plaintiffs **remedy** pursuant to the Statutes at Large, Commercial Law and Constitutional Law is violated, Counterclaim Plaintiffs will file an action in quo warranto for the law supporting such denial of remedy and/or remove action to Federal Court.

*WHEREFORE*, Counterclaim Plaintiffs demands that the title of Counterclaim Plaintiffs property at 1808 Free Terrace, Frederick, Maryland be confirmed and quieted. That any lien interests, and rights thereof, asserted by Counterclaim Defendants (trustees) or the agent it represents be forever declared invalid, unenforceable, and an unjust cloud on the title, and declared null and void by Order of the Court. Counterclaim Plaintiffs requests that if a foreclosure is conducted prior to the adjudication of this case by the Counterclaim Defendants that it be vacated. Counterclaim Plaintiffs also requests any and all other just and proper relief, not specifically requested but appropriately due in the interest of justice.

Respectfully Submitted,

Micah S Miller and Maria A Miller, expressly reserving all liberties

## AFFIDAVIT OF FACTS IN SUPPORT OF COUNTERCLAIMANTS REAL DEFENSES

1) The note is specifically governed by federal law and Negotiable Instruments Law of this state [MD Commercial Law Code UCC] as is the validity of the Mortgage Security interest lien.
2) The Counterclaim Defendants (trustees) or the agent it represents at the time around closing violated Public Law at 38 Stat 99-118 38th Congress and Maryland Uniform Commercial Code section 3-305 (a) 1, in that they materially altered a contract without the consent of Micah S Miller, sui juris and Maria A Miller, sui juris, committed Fraud in the factum, rendering the transaction illegal, and thus stands as fraud which induced Micah S Miller, sui juris and Maria A Miller, sui juris, to enter the contract upon terms and conditions other than agreed upon. The Law at Maryland Commercial Code 3-305 is expressed as, "§ 3-305. **Defenses and claims in recoupment.**
    (a) Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following:
    (1) a defense of the obligor based on:
    (ii) lack of legal capacity or *illegality of the transaction WHICH UNDER OTHER LAW, nullifies the obligation of the obligor;*
    (iii) *fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms; or*
3) This is the implementation of this real defense and it is effective even against a holder in due course as stated in Maryland Commercial Law Code section 3-305 (3) b in this case the Holder in due course or holder is alleged to be *Counterclaim Defendant or the agent it represents.*
4) The law that Governs this note/bond/mortgage security interest lien is the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, The National Bank/Currency Act which is expressed as *prima facie* Law under the United States Code Title 12 Banks and Banking, Maryland UCC Article 3 Negotiable Instruments and Title 8 of Investment Securities.
5) The counterclaimant is asserting real defenses against the validity of the original unaltered negotiable instrument 'contract' which is the alleged promissory note/ converted bond'.
6) The personal defense is consideration. There has been neither loan nor consideration in this contract in the amount of $282,752.00.
7) According to the above Federal Law Banks or Financial Institutions cannot, loan the capital stock of their directors, nor can they loan the money of their depositors, and they can only loan money pursuant to Public Law Volume 13 38th Congress Stat 99-118 The National Bank Act which holds precedent over USC Title 12 which is only *prima facie* law and **NOT** positive law. They have not followed any of the provisions of this monetary law of the United States of America nor have they honored negotiable instrument laws of this state and the District of Columbia [United States].
8) Additionally, according to the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act Bank and Financial Institutions cannot enter into mortgage agreements for real estate beyond a 5 year period.
9) The note referenced herein was for a 30 year mortgage which by operation of law is fraudulent.
10) The Banks or financial Institutional directors cannot claim ignorance of this because each Director has an Oath to Follow Public Law Volume 13 38th Congress Stat 99-118 which is recorded at the United States Office of the Comptroller of Currency.
11) Counterclaim Defendant or the agent it represents has participated in this fraud through endorsement on any assignments and thus through real defenses implemented herein Counterclaim Defendant or the agent it represents have no legitimate claim to force Micah S Miller, sui juris and Maria A Miller, sui juris, to pay any instruments that are Fraud.
12) It is a fact that we, Micah S Miller, sui juris and Maria A Miller, sui juris, were under the impression that through mortgaging, conveying, and providing an interest in our property that we were receiving a loan. There is no record that the bank made a legitimate loan based on the governing law of the instrument, The Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act.
13) The note somehow has been converted into a bond without agreement or authorization from Micah S Miller, sui juris and Maria A Miller, sui juris. The attached deposition/interrogatives provide questioning about the legitimacy at law and legality of such actions. Who converted the loan into a bond? Who is the holder of the Bond? Who is the holder in due course? Where is the bond registered and with what official officer of law? Is the conversion of the note into a bond material alteration of a contract without consent nullifying the validity of the original contract? These are some of the questions that are attached as interrogative depositions must and or will be answered upon discovery.
14) Foreclosure proceeding cannot continue until the Plaintiff does the following:

## DEMAND FOR REMEDY AND IMPLEMTATION OF REAL DEFENSES

A) Answer the attached depositions/interrogatives in reference to the legitimacy of the note.
B) Counterclaim Defendant must successfully rebut the real defenses of the Counterclaim Plaintiff which are:
   1) Alleged Original Creditor provided no consideration in this contract that is in accord with the governing law at Public Law Volume 13 38th Congress Stat 99-118 and therefore committed fraud in the factum, which simply means that Alleged Original Creditor passed on a paper asset with no real value and must prove that consideration was provided and the source of the funds for so called loan and prove that this type of transaction is legal according to the rules governing negotiable instruments at Maryland Commercial Law Code Section 3-305 (a).
   2) Alleged Original Creditor has injured the assignees and is thus responsible for them. The source [of the alleged loan] cannot be from the Directors pursuant to the federal law governing loans Public Law Volume 13 38th Congress Stat 99-118, which states specifically, OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY" Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit to be violated any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself, and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency, and by him filed and preserved in his office." Section 9 page 102 38th Congress Volume 13 stat 102.
   3) Alleged Original Creditor cannot loan money from any of its other stock or depositors assets according to federal law which states, "NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF THE SHARES OF ITS STOCK, "And be it further enacted That no association shall make any loan or discount on the security of the shares of its own capital stock" Section 35 Page 110 38th Congress Volume 13 stat 110.
   4) Alleged Original Creditor and Assignees must answer the real defense assertion that a 30 year mortgage by operation of law is fraud in the factum [in violation of Maryland Commercial Law Code section 3-305 (a) 1 real defenses] , fraudulent, illegal, and unlawful and in violation of the laws governing banks and financial institutions which expressly states at Public Law Volume 13 38th Congress Stat 99-118, "RULES GOVERNING HOLDING OF REAL ESTATE And be it further enacted, Such associations shall not purchase or hold real estate in any other case or for any other purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure debts due to it for a longer period than five years Section 28 page 108 38th Congress Volume 13 stat 108.
   5) If alleged original creditor or assignees disagree with the federal laws governing this contract negotiable instrument, note/bond then Plaintiff must successfully contend that all banking and financial institutions in the United States of America is not subject to the following rules, "LAWS GOVERNING FORMING OF NATIONAL BANKING ASSOCIATIONS "And be it further enacted That Associations for carrying on the Business of Banking may be formed by any number of persons, not less in any case than five, who shall enter into articles of association, which shall specify in general terms the object for which the association is formed, _**and may contain any other provisions, not inconsistent with the provisions of this act**_." Section 5 page 100 38th Congress Volume 13 stat 100.
   6) If Alleged Original Creditor and or assignee in any manner did business with a third party with the note/bond entities such as the United States Department of Treasury, or the Comptroller of the Currency, Bureau of Public Debt, a Trustee Financial Institution, etc…in order to gain a Bond, stock, securities or Bonds from the said entities Plaintiffs actions are unlawful and fraudulent based on the following, "BANKS CANNOT USE ITS NOTES IT CIRCULATES TO CREATE OR INCREASE ITS CAPITAL STOCK, "And be it further enacted That no association shall, either directly or indirectly, pledge or hypothecate any of its notes of circulation, for the purpose of procuring money to be paid in on its capital stock, or to be used in its banking operations, or otherwise; nor shall any association use its circulating notes, or any part thereof, in any manner or form, to create or increase its capital stock" Section 37 page 110 38th Congress.
   7) The Alleged Original Creditor and Assignees must understand that any and all Directors, Presidents, Vice Presidents or any other financial agents or officers who have violated the

Page 4

governing law of this instrument must and will be punished according to the rule of law including possible jail time and fines and possible closing of the financial institution if found in violation of the aforementioned laws. This is expressly stated in the Statute, "PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT "And be it further enacted That every president, director, cashier, teller, clerk, or agent of any association, who shall embezzle, abstract, or willfully misapply any of the moneys, funds, or credits of the association, or shall, without authority from the directors, issue or put in circulation any of the notes of the association, or shall, without such authority issue or put forth any certificate of deposit, draw any order or bill of exchange, make any acceptance, assign any note, bond, draft, bill of exchange, mortgage, judgment, or decree, or shall make any false entry in any book, report, or statement of the association, with intent, in either case, to injure or defraud the association or any other company, body politic or corporate, or individual person, or to deceive any officer of the association, or any agent appointed to examine the affairs of any such association, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by imprisonment not less than five nor more than ten years. **Section 55 page 116 38th Congress volume 13** PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT, "And be it further enacted That if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the right, privileges, and franchises of the association derived from this act shall thereby be forfeited… And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequence of such violation. **Section 53 page 116 38th Congress Volume 13**

8) Alleged Original Creditor and assignees MUST lawfully rebut these facts and points of law in order for the Counterclaimant due process not be violated.
9) If this court cannot provide Counterclaimant with its due process rights counterclaimant reserves the right to seek justice at law and due process in a court having jurisdiction to allow for such including a fair hearing and trial and a right to a jury trial in this matter.
10) Attached Respondents will find Interrogatives/Deposition Questions with real defense assertions.
11) The Counter claimant is compelling the court to force the Counterclaim Defendant to answer these deposition Interrogatives attached in accordance with the Rules of Civil Procedure of this Court

"We: Micah S Miller and Maria A Miller, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2010.

*[signatures]*

[Made Pursuant to the United States Constitution & Title 28 USCA Section 1746]

IN THE CIRCUIT COURT FOR FREDERICK COUNTY MARYLAND

| | |
|---|---|
| DEBORAH K. CURRAN, LAURA H.G. O'SULLIVAN, STEPHANIE H. HURLEY AND AARON D. NEAL<br><br>Plaintiffs,<br><br>vs.<br><br>MICAH S MILLER AND MARIA A MILLER<br><br>Defendants<br><br>_____<br><br>MICAH S MILLER AND MARIA A MILLER<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>DEBORAH K. CURRAN, LAURA H.G. O'SULLIVAN, STEPHANIE H. HURLEY AND AARON D. NEAL,<br><br>MCCABE, WEISBERG & CONWAY, LLC<br><br>Counterclaim Defendants | Case No. 10C10000227<br>**JURY TRIAL DEMANDED** |

## SUBPOENA DUCES TECUM

Micah S Miller, sui juris and Maria A Miller, sui juris, by and for MICAH S MILLER AND MARIA A MILLER, COUNTERCLAIM PLAINTIFFS, make this formal MOTION pursuant to Rule 2-510 of the Maryland Rules of Civil Procedure from the Counterclaim Defendant.

1. A request for the original unaltered Promissory Note to be produced for inspection.

Respectfully Submitted,

_[signatures]_

Micah S Miller and Maria A Miller

FILED 2010 MAR 25 A 8:31 SANDRA K. DALTON CLERK BY___

IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

Curran, et al

Vs                                              Civil No. 10-0227

Miller, et al

ORDER

Upon consideration of the Motion to Dismiss filed by Defendants Miller, and the Response thereto, it is, therefor, this 15* day of March, 2010 by the Circuit Court for Frederick County, Maryland
 ORDERED, that said Motion be and the same in now DENIED.

ALL SUBJECT TO FURTHER ORDER OF COURT.

_____
Julie S. Solt
Judge

FILED

2010 MAR 17  A 10: 04

SANDRA K. DALTON
CLERK_____
BY_____