## IN THE CIRCUIT COURT FOR FREDERICK COUNTY COUNTY, MARYLAND

Deborah K. Curran
Laura H. G. O'Sullivan
Stephanie H. Hurley                    Civil No. 10C10000227
Aaron D. Neal
Erin M. Brady
    Substitute Trustees
    Plaintiffs

vs.

Micah S Miller and Maria A Miller
    Defendants

## FINAL ORDER OF RATIFICATION

It is there upon this 12th day of May 2010, by the Circuit Court for Frederick County, Maryland,

ORDERED that the foreclosure sale made and reported by the Substitute Trustees, Deborah K. Curran, Laura H. G. O'Sullivan, Stephanie H. Hurley, Aaron D. Neal and Erin M. Brady in the above entitled cause be, and the same is hereby, ratified and confirmed, no cause to the contrary having been shown, although due notice appears to have been given as required by the notice passed in said cause; and it is further

ORDERED that this matter shall be referred to the Court Auditor for the Statement of an Audit; and it is further

ORDERED that a suggested audit shall be filed with the Court Auditor within 30 days from the date of this Final Order of Ratification, said suggested audit to be submitted on a form approved by the Court Auditor; and it is further

ORDERED that the Audit shall be completed within 30 days of the filing of the suggested audit or within 30 days of the date of any hearing held in connection with the Audit, whichever shall last occur.

_____
JUDGE

Re: 1808 Free Terrace, Frederick, Maryland 21702

FILED
2010 MAY 19  A 9:56
SANDRA K. DALTON
CLERK_____
BY_____

2010-05892